ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| LAE-NDW JV, LLC | ) | ASBCA No. 63229 |
| | ) | |
| Under Contract No. N40080-11-D-0475 | ) | |

APPEARANCE FOR THE APPELLANT:    Meghan F. Leemon, Esq.
    PilieroMazza PLLC
    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Kyle W. Krombach, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 21, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63229, Appeal of LAE-NDW JV, LLC, rendered in conformance with the Board's Charter.

Dated:  September 21, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals